IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROSE TIGNOR,
        Plaintiff,

vs.                             Civil Action 2:08-CV-439
                                  Judge Graham
COLUMBIA GAS OF OHIO,        Magistrate Judge King

        Defendant.

### ORDER

On May 9, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed for lack of subject matter jurisdiction. The plaintiff was specifically advised of her right to object to the *Report and Recommendation* and of the consequences of her failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk will enter **FINAL JUDGMENT** in this action.

                                                          James L. Graham
                                                          United States District Judge